(No. 6552

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed March 2, 1973.*

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.